David E. Rogers (#19274)
Howard Sobelman (#015559)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: (602) 382-6070
E-Mail: drogers@swlaw.com
E-Mail: hsobelman@swlaw.com

Attorneys for Plaintiff
Williams & Lake, LLC

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAMS & LAKE, LLC an Arizona corporation,<br><br>                   Plaintiff,<br><br>v.<br><br>KINETECH, LLC, an Indiana corporation doing business in Arizona; and MARK OLSON and JANE DOE OLSON, husband and wife,<br><br>                   Defendant. | Case No. 4:13-cv-00213-CRP<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

    Pursuant to Fed.R.Civ.P. 41(a), Plaintiff Williams & Lake, LLC, ("Plaintiff") hereby gives notice that it dismisses its claims against Defendants Kinetech, LLC, Mark Olson and Jane Doe Olson ("Defendants") *without prejudice*. The Defendant has not answered Plaintiff's complaint or otherwise appeared in this action.

17635616.1

1  DATED this 25th day of July, 2013.

2                                SNELL & WILMER L.L.P.

4                      By   s/David E. Rogers

5                          David E. Rogers
                          Howard Sobelman

6                            One Arizona Center
                          400 E. Van Buren

7                            Phoenix, AZ  85004-2202

8                            Attorneys for Plaintiff

9                            Williams & Lake, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

17635616.1