## UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Williams & Lake, LLC,<br><br>             Plaintiff,<br>vs.<br><br>Kinetech, LLC, et al.,<br><br>             Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case No. CV 13-213-TUC-RCC |

**IT IS ORDERED AND ADJUDGED**, pursuant to Plaintiff's Notice of Voluntary Dismissal, dismissing Plaintiff's Complaint, without prejudice, with each party to bear their own costs and attorneys' fees.


July 26, 2013                             BRIAN D. KARTH
Date                                              CLERK

                                                  s/M. Rodriguez
                                           (By)  Deputy Clerk